No. 662. GEORGE WESTINGHOUSE, JR., ET AL., PETITIONERS, *v.* THE NEW YORK AIR BRAKE COMPANY ET AL.   April 16, 1906.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.   *Mr. George H. Christy* and *Mr. Samuel R. Betts* for petitioners. *Mr. Charles Neave* and *Mr. Wm. A. Jenner* for respondents.

No. 663. DENNISON MANUFACTURING COMPANY, PETITIONER, *v.* SCHARF TAG, LABEL, AND BOX COMPANY.   April 16, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied.   *Mr. Archibald Cox* and *Mr. Charles H. MacDonald* for petitioner.   No appearance for respondent.

No. 664. CLINTON STEPHENS, JR., PETITIONER, *v.* ESSEX COUNTY PARK COMMISSION.   April 16, 1906.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied.   *Mr. Andrew Wilson* and *Mr. Noel W. Barksdale* for petitioner.   *Mr. Robert H. McCarter* and *Mr. Alonzo Church* for respondent.

No. 669. CHARLES E. COOPER, TRUSTEE, ETC., PETITIONER, *v.* MARTIN BURNS ET AL.   April 16, 1906.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied.   *Mr. C. C. Flansburg* for petitioner.   *Mary Burns,* one of the respondents, *pro se.*

No. 671. THE CONSOLIDATION COAL COMPANY, PETITIONER, *v.* AMERICAN MAIL STEAMSHIP COMPANY, CLAIMANT; and No. 672. THE CONSOLIDATION COAL COMPANY, CLAIMANT, PETITIONER, *v.* AMERICAN MAIL STEAMSHIP COMPANY.   April 16, 1906.   Petitions for writs of certiorari to the United States